# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**

**Mar 13, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )
)
United States Postal Service Priority Mail )
Parcel 9505 5122 8826 3062 4491 26, which is ) Case No. 2:23-sw-0249 DB
addressed to "Anthony Olive 5530 Elderdown )
Way Sacramento, CA 95835" )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the ___Eastern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), 846 | Distrib. of controlled substances; use of mails for drug trafficking; conspiracy |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☒ Continued on the attached sheet.
- ☐ Delayed notice ___30___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Emily Lombardo
*Applicant's signature*

Emily Lombardo, USPIS Task Force Officer
*Printed name and title*

Sworn to me and signed telephonically.

Date: 03/13/23

City and state: Sacramento, California

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**Affidavit of United States Postal Inspection Service Task Force Officer Emily Lombardo**

I, Emily Lombardo, being duly sworn, hereby depose and state:

# PURPOSE

1. This affidavit is made in support of a search warrant for the United States Postal Service ("USPS") Priority Mail Parcel 9505 5122 8826 3062 4491 26, which is addressed to "Anthony Olive 5530 Elderdown Way Sacramento, CA 95835" (hereinafter referred to as "**THE PARCEL**").

2. **THE PARCEL** is in the temporary custody of the United States Postal Inspection Service ("USPIS") and is described more particularly in Attachment A, which is attached hereto and fully incorporated herein.

3. Based on the information provided in this affidavit, it is my opinion that there is probable cause to believe that **THE PARCEL** contains evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. § 841(a)(1) (distribution, and possession with intent to distribute, a controlled substance), 21 U.S.C. § 843(b) (illegal use of the mails in furtherance of narcotic trafficking), and 21 U.S.C. § 846 (attempt and conspiracy to commit the foregoing offenses).  The evidence, fruits, and instrumentalities to be searched for and seized are more fully described in Attachment B, which is attached hereto and incorporated fully herein.

# AGENT BACKGROUND

4. I, Emily Lombardo, have been a full time sworn peace officer with the Citrus Heights Police Department since 2006.  Currently, I am a Task Force Officer with the USPIS assigned to the Sacramento Domicile, San Francisco Division.  I have been a Task Force Officer since September 2021.  My current assignment is to investigate the unlawful transportation of contraband, including controlled substances and proceeds of the sale of

1

controlled substances through the United States Mail.  Through my training, experience, and interaction with other experienced Postal Inspectors, Task Force Officers, and other drug investigators, I have become familiar with the methods employed by drug traffickers to smuggle, safeguard, store, transport, and distribute drugs; to collect and conceal drug-related proceeds; and to communicate with other participants to accomplish such objectives.  I have received specialized training in narcotics investigation matters including, but not limited to, drug interdiction, drug detection, and money laundering techniques and schemes.

5. I have been a police officer in the State of California for the past 21 years.  In 2001, I completed twenty-four weeks of training at the California Commission on Peace Officers Standards and Training ("POST") Basic Peace Officer Academy at the South Bay Regional Public Safety Training Consortium, San Jose, California.  During my career, I have received training to include, but not limited to, investigation of theft, drug trafficking, burglaries, robberies, money laundering, and identity theft crimes.  Through my training, experience, and interaction with other experienced Postal Inspectors, Task Force Officers, and other drug trafficking investigators, I have become familiar with the methods employed by drug traffickers to, among other things, use the mail to conduct their illegal operations.

6. I have participated in at least one hundred and twenty-five investigations targeting individuals and organizations trafficking heroin, cocaine, marijuana, methamphetamine, and other controlled substances.  During the course of these investigations, I have become familiar with the way drug traffickers use the mail to conduct their illegal operations.

7. Task Force Officers are designated by the Chief Postal Inspector as other agents of the United States Postal Service ("USPS") with the authority to investigate criminal matters related to the Postal Service and the mails pursuant to 18 U.S.C. § 3061 and may exercise the same powers as a Postal Inspector as set forth in 39 C.F.R. § 233.1 and USPS Administrative Support Manual § 2.

8. The facts in this affidavit come from information obtained from other law enforcement officers, my own personal observations, and my training and experience. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## STATEMENT OF PROBABLE CAUSE

### Parcel Identification

9. On March 6, 2023, members of the Sacramento, California USPIS NECI Task Force conducted profiling and examination of Priority Mail and Priority Express Mail parcels. During a visual examination of **THE PARCEL**, law enforcement noticed several anomalies that, in their training and experience, are characteristic of parcels containing controlled substances and proceeds of narcotics trafficking.

10. Based on these anomalies, which are described in more detail below, I detained **THE PARCEL** and secured it on March 6, 2023 when it arrived at the Sacramento Domicile of the USPIS, which is in the Eastern District of California.

### Shipment Anomalies

11. During an examination of **THE PARCEL**, I noticed anomalies that, based on my training and experience, were characteristic of parcels that contain controlled substances and/or proceeds of narcotics trafficking.

12. For example, based on my training and experience, I am aware that the state of California is a source for illegal narcotics shipments. Furthermore, I am aware that the state of Georgia is a destination for illegal narcotics shipments from northern California, and that proceeds from these illegal narcotics shipments are often mailed back to northern California. In this case, **THE PARCEL** was mailed from a USPS facility located in

Riverdale, Georgia and was destined for Sacramento, California, which is an incorporated city in Sacramento County, which is in northern California.

13. **THE PARCEL** was sent by Priority Mail. Priority Mail parcels are assigned a tracking number that allows the sender, recipient, or anyone else with the tracking number to identify the parcel's location in the mail stream at any point from mailing to delivery. In my training and experience, parcels containing illegal contraband are often sent by Priority Mail/Priority Mail Express to expedite delivery and allow individuals to monitor the parcel during shipment via the tracking system.

14. In addition, USPS records confirmed the transaction for **THE PARCEL** was completed in cash. Based on my training and experience and the training and experience of other law enforcement officers with whom I have consulted, I know persons who traffic narcotics/narcotics proceeds through the U.S. Mail often pay in cash to remain anonymous to law enforcement.

15. A search for the recipient address for **THE PARCEL**—which was listed as "Anthony Olive 5530 Elderdown Way Sacramento, CA 95835"—was conducted using Thomson Reuters CLEAR, an online public and proprietary records database used by law enforcement and government agencies to verify names and addresses. The search revealed that this is a valid address. However, there is no Anthony Olive associated to the address.

16. A search for the return address for **THE PARCEL**—which was listed as "Thomas Smith 7055 Smoke Ridge Dr Fairburn, GA 30213"—was conducted using Thomson Reuters CLEAR. The search revealed that this is a valid address. However, there is no Thomas Smith associated to the address.

17. I know based on my training and experience that individuals trafficking controlled substances or proceeds from controlled substances will often use incomplete

names, fictitious names, fictitious addresses, previous addresses, or abbreviations in names and addresses in an effort to remain anonymous from law enforcement.

18. On March 7, 2023, at 1035 hours, law enforcement called two possible phone numbers for Anthony Olive (or Anthony L Jackson) and/or phone numbers associated to the recipient address, which were located using public databases and law enforcement databases. A voicemail was left at both phone numbers, followed by SMS text messages.

19. On March 7, 2023, a USPS form 3849 "sorry we missed you" form was placed at the recipient address requesting a phone call in regard to **THE PARCEL**.

20. Despite these efforts at contacting the supposed recipient of **THE PARCEL**, law enforcement has had no further contact with anyone regarding **THE PARCEL**.

21. On March 7, 2023, TFO Lombardo used her narcotic detection trained canine named "Viva" to sniff **THE PARCEL**. At the time, **THE PARCEL** was located at the USPIS Sacramento Domicile, located in Sacramento, California. TFO Lombardo located a particular area within the facility that would accommodate a canine sniff search, and she had Viva proof the area to ensure that Viva would only alert to the odors for which she is trained.

22. **THE PARCEL** was then placed among other office equipment and parcels by a Postal Inspector. TFO Lombardo accompanied Viva to the general area where **THE PARCEL** was located. Viva searched the area on-lead, without being lead or directed. Viva positively alerted on **THE PARCEL** at approximately 1001 hours.

23. On November 1, 2022, I was assigned canine Viva. Viva is an English Springer Spaniel imported from Wales, UK by a specialty trainer, Cameron Ford K9-LLC, in Henderson Nevada. Viva was born December 28, 2021. Viva is a single purpose working canine, trained in narcotics detection under the instruction of Greg Tawney, owner/operator of D-Tac K9 Detection and Tactics, Placerville, California. Greg Tawney is a retired police

sergeant with the Elk Grove Police Department and has over 15 years of experience with police canines and is a POST canine Certifier. Viva and I have no less than 120 hours of specialized training from D-Tac K9 Detection and Tactics in the detection of marijuana, cocaine, heroin, and methamphetamine. Viva and I completed POST required training. Viva and I were POST certified by Sergeant Greg Moore of the Elk Grove Police Department on November 29, 2022, as being proficient in the detection of narcotic substances in high, low, and buried locations. Training is ongoing for both Viva and me.

24. Viva's alert consists of physical and mental reactions, which include heightened emotional state, pawing, or a deliberate lying at the area or object she smells the drug odor coming from. Viva has successfully completed training exercises where known controlled substances, containers, or paraphernalia were hidden, to include parcels, the interior and exterior of motor vehicles, and storage lockers. Viva also conducts regular proofing exercises to ensure that she does not alert to regular, non-narcotics-associated odors including, but limited to, food, plastic bags and wrap, tape, and other items.   Proofing is a method used in training to ensure the canine alerts only to the odors for which it is trained to alert.

25. Since December 1, 2022, Viva has alerted to forty-one US Mail parcels, which have resulted in the seizure of over $135,000 in US Currency/suspected drug proceeds, over 31 pounds of fentanyl, 19 pounds of marijuana, 5.5 pounds of methamphetamine, 127 grams of cocaine, 4 grams of MDMA and 2 grams of heroin.

26. Based on these facts, it is my opinion that based on Viva's alert—along with the information and anomalies identified above—**THE PARCEL** contains drugs, paraphernalia, or currency that has been recently subjected or stored with one of the narcotics substances Viva is training to detect and is thus contaminated.

**Methods and Means of Using the United States Mail**

27. Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mail to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances and/or proceeds from controlled substances include, but are not limited to, the following:

    a. It is common practice for shippers of controlled substances to use Priority Mail Express and Priority Mail because the drugs arrive at the destination more quickly and on a predictable date. Priority Mail Express and Priority Mail, when paired with a special service such as delivery confirmation, allow traffickers to monitor the progress of the shipment of controlled substances. Traffickers pay for the benefit of being able to confirm the delivery of the parcel by checking the Postal Service Internet website and/or calling the local post office.

    b. Packages containing controlled substances or proceeds have, in many instances, a fictitious return address, incomplete return address, no return address, a return address that is the same as the addressee address, or a return address that does not match the place from which the parcel was mailed. These packages are also sometimes addressed to or from a commercial mail receiving agency (*e.g.*, Mailboxes Etc.). A shipper may also mail the parcel containing controlled substances from an area different from the return address on the parcel because: (1) the return address is fictitious or (2) the shipper is attempting to conceal the actual location from which the parcel was mailed. These practices are used by narcotics traffickers to hide from law enforcement officials the identity of the persons shipping and/or receiving the controlled substances or proceeds.

    c. Individuals involved in the trafficking of controlled substances through the United States Mail will send and receive Express or Priority mailings on a more frequent basis than a normal postal customer. Drug traffickers use Priority Mail Express

and Priority Mail at a higher rate due to their frequent exchanges of controlled substances and the proceeds from the sale of these controlled substances.

   d. To conceal the distinctive smell of controlled substances from narcotics detection dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic and are sometimes sealed with the use of tape around all seams. In addition, the parcels often contain other smaller parcels which are carefully sealed to prevent the escape of odors. Perfumes, coffee, dryer sheets, tobacco, or other substances with strong odors are also sometimes used to mask the odor of the controlled substances being shipped. Drug traffickers often use heat/vacuum sealed plastic bags, and/or re-sealed cans in an attempt to prevent the escape of orders.

   e. California is typically a source state for drugs, especially methamphetamine and marijuana. It is common for individuals in California to mail parcels containing narcotics to other states and then receive mail parcels containing cash payments in return.

28. Based on my training and experience, I know that parcels shipped by drug traffickers sometimes contain information and documentation related to the sales and distribution of controlled substances. The documentation can include, but is not limited to, information and instructions on the breakdown and distribution of the controlled substances at the destination; information on the use and effects of the various controlled substances; information about the actual sender; pay/owe sheets; and information and instructions for ordering future controlled substances.

29. Drug traffickers who use the United States Mail and other carriers as a means of distributing controlled substances, paraphernalia, and proceeds, and as a means of communicating with co-conspirators often include the following in parcels relating to their trafficking activity, all of which are evidence, fruits, proceeds, and/or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846:

a.  Controlled substances, including heroin, cocaine, methamphetamine, and marijuana.

b.  Packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

c.  Records reflecting the mailing or receipt of packages through Priority Mail Express, Priority Mail, Federal Express, UPS or any other common carrier.

d.  United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including financial records related to the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

e.  Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

f.  Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

    g. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

## **CONCLUSION**

32. Based on the facts set forth in this affidavit, I believe there is probable cause that evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846 are concealed in **THE PARCEL**. Accordingly, I respectfully request the issuance of a search warrant authorizing the search of **THE PARCEL** described in Attachment A and the seizure of the items described in Attachment B.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Emily Lombardo
Emily Lombardo, Task Force Officer
U.S. Postal Service

Sworn to me and subscribed telephonically on March  13, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

Aaron D. Pennekamp
Assistant U.S. Attorney

# ATTACHMENT A

*Description of the Parcel to be Searched.*

One Priority Mail medium flat rate parcel measuring approximately 11" x 8.5" x 5.5" and weighing approximately 2257 grams affixed with tracking number 9505 5122 8826 3062 4491 26.  **THE PARCEL** is addressed to "Anthony Olive 5530 Elderdown Way Sacramento, CA 95835".  **THE PARCEL** bears a postage strip in the amount of $17.10 mailed from ZIP Code 30274 on March 3, 2023, located in the upper right area of **THE PARCEL**.

**THE PARCEL** is currently in my possession in the Eastern District of California.

# ATTACHMENT B

*List of Items to be Seized.*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. All records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of )<br>)<br>United States Postal Service Priority Mail Parcel )<br>9505 5122 8826 3062 4491 26, which is addressed to )<br>"Anthony Olive 5530 Elderdown Way Sacramento, )<br>CA 95835" )<br>) | Case No.    2:23-sw-0249 DB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     California    
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before     March 27, 2023     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐  for   30   days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of                    .

Date and time issued:    03/13/2023, 12:33pm

City and state:    Sacramento, California

*(signature)*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    _____
              Signature of Judge                                                Date

# ATTACHMENT A

*Description of the Parcel to be Searched.*

One Priority Mail medium flat rate parcel measuring approximately 11" x 8.5" x 5.5" and weighing approximately 2257 grams affixed with tracking number 9505 5122 8826 3062 4491 26.  **THE PARCEL** is addressed to "Anthony Olive 5530 Elderdown Way Sacramento, CA 95835".  **THE PARCEL** bears a postage strip in the amount of $17.10 mailed from ZIP Code 30274 on March 3, 2023, located in the upper right area of **THE PARCEL**.

**THE PARCEL** is currently in my possession in the Eastern District of California.

## **ATTACHMENT B**

*List of Items to be Seized.*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. All records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.