# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>United States Postal Service Priority Mail Parcel 9505 5122 8826 3062 4491 26, which is addressed to "Anthony Olive 5530 Elderdown Way Sacramento, CA 95835" | )<br>)<br>)  Case No.    2:23-sw-0249 DB<br>)<br>)<br>) |

**FILED**
Mar 17, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the       Eastern       District of       California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

   **YOU ARE COMMANDED** to execute this warrant on or before    March 27, 2023    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

   Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

   The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

   ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
      ☐ for  30  days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of                       .

Date and time issued:    03/13/2023, 12:33pm

City and state:    Sacramento, California

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>3/13/2023 @ 1246 | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of :
Inspector Betts, Inspector Parker

Inventory of the property taken and name of any person(s) seized:

Regarding the "Smith to Olive" parcel (2:23-sw-0249 DB):

- Taurus revolver firearm (serial # UJ914512)
- Glock semi-automatic firearm (serial # BEUU303)

### Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____        03/17/2023
DEBORAH BARNES                                       Date
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

*Description of the Parcel to be Searched.*

One Priority Mail medium flat rate parcel measuring approximately 11" x 8.5" x 5.5" and weighing approximately 2257 grams affixed with tracking number 9505 5122 8826 3062 4491 26.  **THE PARCEL** is addressed to "Anthony Olive 5530 Elderdown Way Sacramento, CA 95835".  **THE PARCEL** bears a postage strip in the amount of $17.10 mailed from ZIP Code 30274 on March 3, 2023, located in the upper right area of **THE PARCEL**.

**THE PARCEL** is currently in my possession in the Eastern District of California.

## ATTACHMENT B

*List of Items to be Seized.*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. All records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.